Daniel R. Dominguez  
Chapter 7 Trustee  
2210 N. Indian Ruins Road  
Tucson, AZ  85715  
520.296.8838

UST-32, 5/88

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF ARIZONA

In Re:                                              Chapter 7

KERSLAKE, GLEN W                    CASE NO. 05-00240TUC-EWH  
MCGAHEE, SHARONE DIANE  
                Debtor(s)      APPLICATION FOR  
                                        PAYMENT OF UNCLAIMED FUNDS  
                                        U. S. BANKRUPTCY COURT

Daniel R. Dominguez, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1030 | 01/15/10 | Heydon Building Systems<br>2699 E Valencia<br>Tucson, AZ  85706-5913 | $ 1,283.23 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $ 1,283.23 to the Clerk of Court to be deposited in the Registry thereof.

May 25, 2010                                   /s/  Daniel R. Dominguez  
     DATE                              DANIEL R. DOMINUGEZ, Trustee